# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PAYPAL, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 6:20-cv-339-ADA |
| RETAILMENOT, INC., | § § § | |
| Defendant. | § § § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant RetailMeNot, Inc. ("Defendant") files this Unopposed Motion for Extension of Time to Respond to Complaint and respectfully shows the following:

Plaintiff PayPal, Inc. filed its Complaint on April 28, 2020 (Dkt. No. 1) and served Defendant on April 29, 2020. Defendant's current response deadline is May 20, 2020. Defendant requests an extension to respond on or before June 19, 2020. Counsel for Defendant conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to June 19, 2020.

Respectfully submitted,

Dated: May 12, 2020

By:   /s/ *Barry K. Shelton*  
    Barry K. Shelton
    Texas State Bar No. 24055029
    Bradley Coburn
    Texas State Bar No. 24036377
    **SHELTON COBURN LLP**
    311 RR 620, Suite 205
    Austin, TX 78734-4775
    bshelton@sheltoncoburn.com
    (512) 263-2165 (Telephone)
    (512) 263-2166 (Facsimile)

    ATTORNEYS FOR DEFENDANT
    RETAILMENOT, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

        /s/ *Barry K. Shelton*
        Barry K. Shelton