IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PAYPAL, INC.,<br><br>      Plaintiff and Counterclaim Defendant.<br><br>v.<br><br>RETAILMENOT, INC.,<br><br>      Defendant and Counterclaim Plaintiff. | Civil Action No. 6:20-cv-339-ADA |

### JOINT STIPULATION TO TRANSFER VENUE TO AUSTIN DIVISION

WHEREAS, the above-captioned action was filed by Plaintiff PayPal, Inc. ("PayPal") against Defendant RetailMeNot, Inc. ("RetailMeNot") in the United States District Court for the District of Texas, Waco Division on April 28, 2020;

NOW, THEREFORE, PayPal and RetailMeNot, through their respective counsel, hereby jointly stipulate to the entry of an Order transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, for the convenience of the parties and witnesses and in the interest of justice, pursuant to 28 U.S.C. § 1404(b). PayPal and RetailMeNot request that an Order be entered directing the Clerk of Court to transfer the above-captioned case to the Austin Division, but to remain on the docket of this Court on the schedule previously set forth by this Court, including the *Markman* hearing scheduled for December 16, 2020, and jury selection scheduled to begin on February 14, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  July 30, 2020 | */s/ Barry K. Shelton* |

Barry Shelton
Texas State Bar No. 24055029
Bradley Coburn
Texas State Bar No. 24036377
SHELTON COBURN LLP
311 Ranch Road 620 S, Suite 205
Austin, TX 78734-4775
(512) 263-2165
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

OF COUNSEL:

Robert A. Appleby, P.C. (admitted *pro hac vice*)
Jeanne M. Heffernan, P.C. (admitted *pro hac vice*)
Jon R. Carter (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
rappleby@kirkland.com
jheffernan@kirkland.com
jon.carter@kirkland.com

*Attorneys for Defendant and Counterclaim Plaintiff RetailMeNot, Inc.*

FISH & RICHARDSON P.C.

By: */s/ David M. Hoffman*
David M. Hoffman
Texas Bar No. 24046084
hoffman@fr.com
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

Juanita Brooks
brooks@fr.com
12390 El Camino Real, Suite 100
San Diego, CA  92150
Telephone: (858) 678-5070
Facsimile: (858) 378-5099

Indranil Mukerji
mukerji@fr.com
Stephen A. Marshall (admitted *pro hac vice*)
smarshall@fr.com
1000 Maine Ave., S.W., Suite 1000
Washington, D.C. 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Katherine H. Reardon (admitted *pro hac vice*)
reardon@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

*Attorneys for Plaintiff and Counterclaim Defendant PayPal Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 30th day of July 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

>   */s/ Barry K. Shelton*
>   Barry K. Shelton